IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs.

Danielle Bertothy
Defendant

CRIMINAL NO. 25-CR-21 (GMM)

The undersigned defendant _Danielle Bertothy_, hereby affirms that she/he has been advised of the charges in Indictment _25-21 GMM_ that counsel has forwarded to him/her a copy of said Indictment, and after being duly advised of his/her rights to be present at arraignment, waives said right and respectfully enters PLEA OF NOT GUILTY to the charges levied against him/her, pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure.

_____
DEFENDANT'S SIGNATURE

_3/3/2025_
DATE

_____
ATTORNEY'S SIGNATURE

_PO Box 13811, ST. PR 00908_
ADDRESS

_225003_
BAR NUMBER