IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>**DANIELLE BERTOTHY,**<br>Defendant. | CRIMINAL NO. 25-021 (GMM) |

**THE UNITED STATES OF AMERICA'S
INFORMATIVE MOTION REGARDING MITIGATION AND PLEA OFFER**

TO THE HONORABLE COURT:

COMES NOW the United States of America by and through the undersigned attorneys and before this Honorable Court very respectfully states and prays as follows:

On Friday, June 28, 2025, the Government did not receive any additional mitigation from the defense. Nevertheless, in compliance with the scheduling order, Today Monday, June 30, 2025, the Government submitted it's one and only offer for Defendant's consideration.

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico, on June 30, 2025.

W. Stephen Muldrow
United States Attorney

*/S/ Corinne Cordero-Romo*
Corinne Cordero-Romo
USDC # 231111
Assistant United States Attorney
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Email: corinne.cordero@usdoj.gov
Tel. (787) 766-5656
Fax: (787) 766-5398

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/Corinne Cordero-Romo*
Corinne Cordero-Romo
Assistant United States Attorney
USDC No. 231111