IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>DANIELLE BERTOTHY,<br>Defendant. | CRIMINAL NO. 25-021 (GMM) |

**JOINT INFORMATIVE MOTION REGARDING STATUS OF PLEA NEGOTIATIONS AND MOTION REQUESTING DEADLINES BE HELD IN ABEYANCE**

TO THE HONORABLE COURT:

COMES NOW the United States of America by and through the undersigned attorneys and before this Honorable Court very respectfully states and prays as follows:

The parties have reached an agreement, and the change of plea hearing is scheduled for July 22, 2025. Yesterday, July 15, 2025, the final plea document was agreed on by the parties. The agreement has been signed by the government and provided to the defense. The defense is currently in the process of securing Ms. Bertothy's signature. It is expected that a fully signed Plea Agreement may be submitted to the Court later today.

Since the parties will not be going to Trial, we are jointly requesting that the deadlines set for today, July 16, 2025, and subsequent deadlines set by court order at ECF No. 39, be held in abeyance. The parties jointly make this request in an effort to save valuable prosecutorial and judicial resources.

RESPECTFULLY SUBMITTED,

-2-

In San Juan, Puerto Rico, on July 16, 2025.

<table>
<tr><td>

*/s/ Justin K. Gelfand* JUSTIN K. GELFAND, #62265
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
Counsel for Defendant


s/Jennie Espada, Esq.
espada.esquire@gmail.com
PRUSDC #225003
PO Box 13811
San Juan, PR 00908
787 633-7199
*Pro Hac Vice Counsel*

</td><td>

W. Stephen Muldrow
United States Attorney

*/S/ Corinne Cordero-Romo*
Corinne Cordero-Romo
USDC # 231111
Assistant United States Attorney
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Email: corinne.cordero@usdoj.gov
Tel. (787) 766-5656
Fax: (787) 766-5398

*/S/ Jeanette M. Collazo*
Jeanette M. Collazo
USDC #
Assistant United States Attorney
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Email: jeanette.collazo@usdoj.gov
Tel. (787) 766-5656
Fax: (787) 766-5398

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/Corinne Cordero-Romo*
Corinne Cordero-Romo
Assistant United States Attorney
USDC No. 231111