**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **No. 25-0021 (GMM)** |
| **v.** | ) |
| | ) |
| **DANIELLE BEROTHY,** | ) |
| | ) |
| **Defendant.** | ) |

**RESPONSE TO PRESENTENCE INVESTIGATION REPORT**

Defendant Danielle Bertothy, by and through her undersigned counsel, hereby states to the Court that she accepts and has no objections to the Guidelines or Criminal History portions of the Presentence Investigation Report filed in this case. Both the Government and the defense have provided informal objections to the Probation Office by letter for its consideration as to other portions of the disclosure presentence investigation report.

Respectfully submitted,

**Margulis Gelfand, LLC**

 /s/ Justin K. Gelfand
JUSTIN K. GELFAND, #62265
7700 Bonhomme Ave., Ste. 750
St. Louis, MO 63105
Telephone: 314.390.0234
Facsimile: 314.485.2264
justin@margulisgelfand.com
*Counsel for Ms. Bertothy*

## Certificate of Service

I hereby certify that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the United States Attorney.

                                                    */s/ Justin K. Gelfand*
                                                    JUSTIN K. GELFAND, #62265
                                                    7700 Bonhomme Ave., Ste. 750
                                                    St. Louis, MO 63105
                                                    Telephone: 314.390.0234
                                                    Facsimile: 314.485.2264
                                                    justin@margulisgelfand.com
                                                    *Counsel for Ms. Bertothy*