Meghan Eagan

106 Shelter Hill Ave

Oakville, CT 06779

10/10/25

Honorable Gina R Mendez-Miro

United States District Judge

United States District Court

District or Puerto Rico

300 Recinto Sur Street

San Juan, Puerto Rico

Dear Judge Mendez-Miro,

My name is Meghan Eagan, and I am writing this letter on behalf of my dear friend, Danielle Bertothy. I have had the privilege of knowing Danielle for over 25 years—she has been one of my only and closest friends since we were just 12 years old. Through every stage of life, Danielle has remained a steady, loyal, and deeply supportive presence.

Danielle is more than just a friend to me, she is family. My children call her "Aunty Danielle," which is a small reflection of the role she has played in our lives. She has shown them the same kindness, care, and dependability that she has always shown me. When I was newly divorced Danielle purchased my son a bed frame so he didn't have to sleep with his mattress on the floor, a few months prior she even put a roof over our heads, and as times got better for all of us we celebrated my birthday in Florida with just me, her, and my children. Danielle has always been someone we could count on especially without being asked. That kind of presence is rare and speaks volumes about her character.

Danielle's loyalty has never wavered; not through personal struggles, life changes, or challenges. She has always made herself available for others, putting their needs before her own without ever expecting anything in return. Many years ago I was arrested & Danielle's friendship remained the same. She never shamed me or judged me for making a poor choice. She has always stuck by my side especially when I needed it most & helped guide me towards a better life. Her generosity truly comes through in small, everyday acts of kindness as well as the big moments when people needed her most. She gives of her time, her heart, and her support freely.

Her reliability is something I've counted on for most of my life. She is someone you can trust completely—when she says she'll be there, she shows up. When she makes a commitment, she honors it. I have leaned on her through my own difficult times, and she has never let me down. She is always willing to give her honest opinion & advice. I have been lucky enough to do the same for her. I plan to continue my friendship with Danielle for the rest of our lives because Danielle is genuinely one of my favorite people; her laugh and smile could light up a room.

I fully understand the seriousness of the situation Danielle is facing, and I do not write this letter to excuse any actions that led to it. I write only to offer the perspective of someone who has known her for decades and has seen the true nature of her heart and character. Danielle has made a deep, positive impact on my life and the lives of my children, and I have no doubt that she is capable of growing from this experience and continuing to contribute meaningfully to those around her.

Thank you for your time and for considering this letter as you make your decision.

Sincerely,

Meghan Eagan

*Meghan Eagan*

Electronically signed 10/10/2025

The Hon. Gina R. Mendez-Miro
United States District Judge
United States District Court
District of Puerto Rico
300 Recinto Sur St.
San Juan, Puerto Rico 00901

Dear Judge Mendez-Miro,

My name is Jeffrey Ekenbarger, and I am the significant other of Jessica Bertothy, the older sister of Danielle Bertothy. I first met Danielle Bertothy shortly after meeting Jessica in the winter of 2008. Jessica and I worked together, and one day Danielle Bertothy came by to visit her. The three of us had lunch in the upstairs break room. I later learned that Danielle was there to "size up" the guy her sister had been talking about. That moment reflected the relationship the two of them share, one built on love, loyalty, and a lifelong promise to protect each other.

From that day, Danielle and I got along immediately. We shared a similar sense of humor and outlook on life. I've known her for nearly her entire adult life, and through all of it, her instinct to care for and protect the people she loves has never wavered.

In 2016, Jessica underwent a major operation related to Crohn's disease and spent ten days in the hospital. When she came home, Danielle was on the first flight back to Connecticut to stay with us. She helped around the house, cared for our pets, and provided comfort and support as her sister recovered. None of that was asked of her; it was simply who she is.

Two years later, in 2018, she did the same for me. I had volunteered to donate a kidney, and the surgery was more complicated than expected. I spent a week in the hospital. The experience placed a lot of stress on Jessica, who was balancing work, caring for the house, and visiting me daily. The night before I was scheduled to come home, our dogs were sprayed by a skunk, adding to the chaos.

Without hesitation, Danielle boarded a flight to Connecticut. After landing, she immediately went to Target to buy cleaning supplies in case it happened again, coordinated taking the dogs to the groomer, cleaned the house, and stayed with us for nearly two weeks. She not only helped Jessica manage everything but also took care of me as I recovered, all without being asked. She put her life on hold to help us.

These are just two examples, but they capture the person Danielle truly is. She has a kind heart, a selfless spirit, and a deep sense of responsibility for those she loves. I know her at her core, and I know that she is ready to take accountability and use this experience to grow and do better.

Upon her release, Danielle Bertothy will have a stable home with us. Her two dogs already have a place here, and she and they will stay for as long as she needs. This will be where she begins to rebuild her life and continue to do good for others, just as she always has.

Thank you for taking the time to read my letter and to consider my perspective on someone I care about deeply and consider family.

Respectfully,

*Jeffrey P Ekenbarger*

Jeffrey Ekenbarger
1 Magauran Drive
Stafford, CT 06066
Authorized October 12, 2025

August 29, 2025

The Honorable Gina R. Mendez-Miro
United States District Judge
United States District Court
District of Puerto Rico
300 Recinto Sure Street
San Juan, Puerto Rico 00901

Dear Judge Mendez-Miro,

My name is Jessica Bertothy, and I am Danielle Bertothy's sister. As her older sister, I have had the privilege of knowing Danielle her entire life. We grew up very close, born just thirteen months apart, sharing a room, many of the same friends, and countless interests. Danielle and I essentially grew up as best friends, and that bond has remained strong throughout our lives, even as we pursued our own careers and relationships in different places. Ours has always been the kind of relationship where we can call each other at any time, talk about anything, and know without question that we can rely on one another.

Growing up, we had a less-than-ideal childhood. Our home life was fraught with substance abuse, domestic violence, and mental health challenges. Our parents eventually divorced, leaving us without stable housing for a period of time. Our father struggled with many personal issues that often affected us directly, and we learned early on to protect and rely on each other. He eventually disappeared from our lives when we were preteens and passed away when we were teenagers. Throughout those difficult years, our mental health was never prioritized, and we were left to navigate and process those experiences on our own. Despite that instability, Danielle grew into a compassionate, loyal, and hardworking person, a testament to her strength of character and resilience.

While Danielle and I have always been very close and have many similar interests, we are also polar opposites when it comes to socializing and adventure. She loves people. She values her friends and family but also loves meeting new people and learning about others and their experiences. Danielle has had the good fortune to travel to many beautiful places in her young adult life and has had some amazing experiences and met so many different people. When she would tell me about her trips, her stories always centered around the interesting people she would meet, the cultures she would learn about and the unlikely new friendships that she would forge. I have always admired her charismatic qualities and ability to make friends with anyone, anywhere she goes. She has always been deeply empathetic and connected to others.

She consistently approaches people and situations with genuine open-mindedness and empathy. Rather than making quick judgments, she chooses to see others through a lens of curiosity and compassion. Regardless of someone's background, past struggles, or mistakes, she treats them with the same level of respect and interest. Her openness isn't just passive acceptance, it's active engagement. She seeks meaningful conversations, listens intently, and takes the time to understand the experiences and perspectives of others.

For her, learning about people goes beyond surface-level interaction. It's about broadening her worldview and challenging the limits of her own perspective. She believes that everyone has a story worth hearing and that every encounter is an opportunity to grow. By intentionally stepping outside her own lived experiences, she fosters deeper human connections, mutual understanding and personal growth.

Danielle has always been one of the hardest-working people I know. From a very young age, around ten or eleven, she began working at the horse barn in our hometown. Through her determination and dedication, she eventually earned enough money to pay for her own riding lessons. I remember how she would spend countless hours mucking stalls in the freezing cold or sweltering summer heat, never complaining and always focusing on her goal. Riding brought her immense joy, and she was willing to work tirelessly for the opportunity to do what she loved. That same work ethic has carried into her adult life. Danielle has always been self-reliant, often holding multiple jobs to support herself and never expecting anything to be handed to her. She has traveled for work, relocated across the country to pursue new opportunities, and continually strived to grow both personally and professionally.

Beyond her professional drive, Danielle has a deeply compassionate and nurturing nature. She has always had a profound love for animals and the outdoors. She is the proud "mom" to her two beloved dogs, Gypsy and Minnie, who have been a constant source of joy in her life. Because of how important they are to her, my significant other and I have taken over their care during this time, ensuring they receive the same level of love and attention she has always given them.

Danielle's appreciation for nature is evident in every aspect of her life. She enjoys spending time at the beach, hiking, and even became an avid long-distance cyclist after moving to Missouri. Her home reflected her caring spirit, she maintained a beautiful garden, fed the birds, and grew pollinator-friendly flowers and vegetables that she loved sharing with her neighbors.

As sometimes happens, she has had struggles in her life and made mistakes, but she is still the amazing person I have known all my life. Danielle has always been the type of person who steps up when someone is in need. She is generous to a fault, willing to offer her time, resources, or even the shirt off her back if it might help someone else. Her compassion and empathy for

others are genuine and deeply rooted in who she is. Even during her own difficult times, Danielle has consistently shown concern for those around her, offering support and care when others might have turned inward. That selflessness is one of the qualities I admire most about her.

Your Honor, I respectfully request that you take into consideration that Danielle is an incredibly kind, hardworking, and compassionate person whose actions have always reflected a genuine desire to do right by others. I truly believe that this situation does not define who she is but rather represents a difficult chapter in an otherwise admirable life. Danielle has always shown great strength of character, and I am confident that she will learn and grow from this experience. She has so much good to offer, and I believe with the opportunity, she will continue to make a positive impact on everyone around her.

Thank you for your time and consideration.

Sincerely,

*Jessica Bertothy*

Jessica Bertothy
1 Magauran Drive
Stafford, CT 06076

The Hon. Gina R. Mendez-Miro
United States District Judge
United States District Court
District of Puerto Rico
300 Recinto Sur St.
San Juan, Puerto Rico 00901

Dear Judge Mendez-Miró,

My name is Anna Bertothy, and I am the mother of Danielle Bertothy. I have known Danielle her entire life, and I can say with complete certainty that she has always been a kind, compassionate, and caring person.

As a single mother, I worked full-time while raising my children. When they lost their father at a young age, it was a difficult time for all of us, but through everything, Danielle and her siblings remained close. They have always cared deeply for one another and for me, and that bond remains strong to this day.

From a very young age, Danielle showed an instinct to look after others. When her younger sister Adrienne was born, Danielle was only nine years old, yet she stayed with the nurse to make sure her baby sister was being cared for properly. That protective and nurturing side of her has never changed.

Years later, when I suffered a serious accident and crushed my hand in a log splitter, Danielle was there for me every step of the way. She picked up my prescriptions, met with my occupational therapist, and helped with my housework. She checked in constantly to make sure I had everything I needed. Danielle has always been attentive and thoughtful, never hesitating to help when someone she loves is in need.

As she grew older, Danielle worked hard to build a successful career. Her dedication led to promotions that took her first to New Mexico and later to Los Angeles. No matter where she lived, she always stayed in close contact, calling and checking in on our family to make sure everyone was okay.

While living in Connecticut before moving to Missouri, I discovered black mold in my bathroom. It was an extremely stressful situation, as I could not afford the necessary renovations. Danielle, knowing it was a serious health concern, decided to pay for the entire project herself. It was not something I asked for or expected, but her generosity made a tremendous difference, not only in my health but also in my ability to sell the home later when I relocated to Missouri.

Her kindness extends far beyond family. One of her close friends, a single mother working two jobs while attending school, was struggling. Danielle wanted to do something special for her, so she took her and her children on a trip to Florida to give them a much-needed break and some time to relax together. That is the kind of person Danielle is, someone who gives freely and looks for ways to make life better for others. Most recently, while we were living together in Missouri, I fell and tore the ligaments in my right knee. Once again, Danielle stepped up without hesitation. She helped me with daily tasks, drove me to appointments, and assisted with my physical therapy.

Your Honor, I know my daughter's heart. She has always been generous, responsible, and deeply empathetic. I have no doubt she will take full responsibility for her actions and use this experience as an opportunity to grow. Danielle has so much good left to give, and I genuinely believe she will move forward in a positive direction.

Thank you for taking the time to read my letter and for considering my perspective as Danielle's mother. Respectfully,

Anna Bertothy

121 West Main St.
Apt. 117
Vernon, CT 06066
Authorized October 12, 2025