IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DANIELLE BERTOTHY,

Defendant.

CRIMINAL NO. 25- 021
(GMM)

**THE UNITED STATES OF AMERICA'S
MOTION TO CONTINUE SENTENCING HEARING**

The United States of America, by and through the undersigned attorneys, and before this Honorable Court very respectfully states and prays as follows:

1. The Sentencing Hearing for this case is scheduled for October 20, 2025.

2. At sentencing, the United States will advocate for restitution in favor of identified victims.

3. Since the scheduling of the hearing, the United States has met with the victims and the U.S. Probation Officer to address the matter of restitution.

4. Victims have submitted receipts and other documentation evidencing their losses. These have been shared with the U.S. Probation Officer.

5. Nevertheless, to this date, the amount of restitution is still pending evaluation by the U.S. Probation Officer. *See* ECF No. 53 (PSR) at ¶¶ 26-29, 95-96, and n. 6-8 and 11. An amended PSR is expected. *Id.*

6. To address the matter of restitution, the United States moves to continue the sentencing hearing for at least 20 days. This request is submitted in the interest of justice, to allow the Court to enter a judgment that includes the correct restitution amounts, and not to delay the case.

7. Likewise, because the restitution will be addressed in the Government's sentencing memorandum, we request that the Court allow the Government to file its sentencing memorandum one before the new sentencing date.

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico, on October 14, 2025.

United States Attorney

*/S/ Corinne Cordero-Romo*
Corinne Cordero-Romo
USDC # 231111
Assistant United States Attorney
United States Attorney's Office
Email: corinne.cordero@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification

of such filing to all attorneys of record.

> */S/ Corinne Cordero-Romo*
> Corinne Cordero-Romo
> USDC # 231111
> Assistant United States Attorney
> United States Attorney's Office